UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANA ZARTMAN and JOSH ZARTMAN, wife and husband and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER RETAIL MARKETING GROUP, LLC, a Washington limited liability company,<br><br>Defendant. | NO: 12-CV-0403-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

Before the Court is the parties' Stipulated Motion for Dismissal (ECF No. 19). The parties stipulated that this matter may be dismissed with prejudice as to Banner Retail Marketing Group, LLC, Defendant, and without an award of attorney's fees or costs to any party.

//

//

//

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Dismissal (ECF No. 19) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 30th day of November, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge